### W. Edward WOOD

v.

### B. Albert FORD et al.

### No. 79-511-M.P.

Supreme Court of Rhode Island.

March 19, 1981.

R. Daniel Prentiss, Dept. of Environmental Management, for petitioner.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., Frank Caprio, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

### R. I. JUNIOR COLLEGE FACULTY ASSOCIATION

v.

### R. I. BOARD OF REGENTS FOR EDUCATION.

### No. 80-303-Appeal.

Supreme Court of Rhode Island.

March 20, 1981.

Natale L. Urso, Thomas J. Liguori, Jr., Westerly, for plaintiff.

William G. DeMagistris, Providence, for defendant.

### ORDER

This case came before us on March 2, 1981, on the defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g). Upon consideration of the arguments presented, we conclude that said motion has merit.

Accordingly, defendant's motion to affirm the judgment below is hereby granted and plaintiff's appeal is denied and dismissed.

KELLEHER, J., did not participate.